

Slade R. Metcalf (SM 8360)
Jason P. Conti (JC 0581)
Laura M. Leitner (LL 4222)
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
*Attorneys for Defendants Twentieth Century
Fox Film Corporation, One America
Productions, Inc., Todd Lewis Schulman,
Monica Levinson, Julie Lynn Chouinard,
Everyman Pictures, and Dune Entertainment, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Cindy Streit; Sarah Moseley; Ben K.
McKinnon; Michael M. Jared; and Lynn
S. Jared,

    Plaintiffs,

v.

Twentieth Century Fox Film
Corporation; One America Productions,
Inc.; Springland Films; Todd Lewis
Schulman; Monica Levenson; Julie Lynn
Chounard; Sacha Baron Cohen;
Everyman Pictures; Gold/Miller;
Productions; Major Studio Partners, Inc.;
Dune Entertainment, LLC; Four by
Two Production Company; Peter
Baynham; Jan Mazer; and Anthony
Hines,

    Defendants.
-----------------------------------------------------------X

Case No.: 08 CIV 01571 (LAP)

**STIPULATION
AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs Cindy Streit, Sarah Moseley, Ben K. McKinnon, Michael M. Jared, and Lynn S. Jared (collectively "Plaintiffs") and defendants Twentieth Century Fox Film Corporation ("Fox"); One America Productions, Inc. d/b/a Springland Films (incorrectly sued herein as a separate entity) ("One

America"); Todd Lewis Schulman ("Schulman"); Monica Levinson (incorrectly sued herein as "Monica Levenson") ("Levinson"); Julie Lynn Chouinard (incorrectly sued herein as "Julie Lynn Chounard") ("Chouinard"); Everyman Pictures ("Everyman"); and Dune Entertainment, LLC ("Dune"), through their undersigned attorneys, that:

1. Plaintiffs filed a complaint in the United States District Court for the Northern District of Alabama on or about October 22, 2007.

2. Plaintiffs served Fox, One America, Schulman, Levinson, Chouinard, Everyman, and Dune (collectively, the "Served Defendants"), with process in this case; the other named defendants have not been served with process.

3. The Served Defendants filed a motion to transfer, or in the alternative, to dismiss for improper venue, with the United States District Court for the Northern District of Alabama on December 5, 2007.

4. The Honorable Inge Prytz Johnson of the United States District Court for the Northern District of Alabama issued an Order dated January 24, 2008, transferring this action to the United States District Court for the Southern District of New York, an order that Judge Johnson reaffirmed on January 30, 2008 by denying Plaintiffs' January 29, 2008 motion to vacate the January 24, 2008 Order.

5. Plaintiffs shall file and serve an amended complaint (the "Amended Complaint") on or before April 7, 2008.

6. The Served Defendants shall thereafter have until, and including, May 12, 2008, to answer, move, or otherwise respond to the Amended Complaint.

7. This is the first request by any party for an extension of time since this case was transferred to this Court.

8. A facsimile copy of the signature page of this stipulation will be deemed to be an original for purposes of filing and judicial endorsement.

Dated: 3/12/08

*[signature]*

Adam Richards (AR-2489)
ADAM RICHARDS LLC
40 Fulton Street
7th Floor
New York, New York 10038
Tel: (212) 233-4400
*Attorneys for Plaintiffs Cindy Streit, Sarah Moseley, Ben K. McKinnon, Michael M. Jared, and Lynn S. Jared*

Dated: March 12, 2008

*[signature]*

Slade R. Metcalf (SM 8360)
Jason P. Conti (JC 0581)
Laura M. Leitner (LL 4222)
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022
Tel: (212) 918-3000
*Attorneys for Defendants Twentieth Century Fox Film Corporation, One America Productions, Inc., Todd Lewis Schulman, Monica Levinson, Julie Lynn Chouinard, Everyman Pictures, and Dune Entertainment, LLC*

SO ORDERED:

*[signature]*
U.S.D.J.

Dated: March 19, 2008