PRESKA

ADAM RICHARDS LLP
Adam Richards (AR-2489)
40 Fulton Street, 7th Floor
New York, New York 10038
Telephone: (212) 233-4400
adam@arichardslaw.com

Attorneys for Plaintiffs Cindy Streit,
Sarah Moseley, Ben K. McKinnon,
Michael M. Jared and Lynn S. Jared

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Cindy Streit, Sarah Moseley, Ben K.
McKinnon, Michael M. Jared and Lynn
S. Jared,

                  Plaintiffs,

- against -

Twentieth Century Fox Film
Corporation, One America Productions,
Inc., Springland Films, Todd Lewis
Schulman, Monica Levenson, Julie Lynn
Chouinard, Sacha Baron Cohen,
Everyman Pictures, Gold/Miller
Productions, Major Studio Partners, Inc.,
Dune Entertainment, LLC, Four by
Two Production Company, Peter
Baynham, Dan Mazer and Anthony
Hines,

                  Defendants.

Index No. 08 CIV 01571 (LAP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/08

**PLAINTIFFS' VOLUNTARY DISMISSAL OF ACTION AGAINST MAJOR STUDIO PARTNERS, INC., WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Cindy Streit, Sarah Moseley, Ben K. McKinnon, Michael M. Jared and Lynn S. Jared (hereinafter "Plaintiffs"), hereby dismiss, without prejudice, all claims asserted in this action against defendant Major Studio Partners, Inc., with each party bearing their own costs and attorneys' fees. The Complaint and Jury Demand in the action was filed on or about October 19, 2007. Plaintiffs stipulate that

no answer to the Complaint has been received from Major Studio Partners, Inc., nor has defendant Major Studio Partners, Inc. served a motion for summary judgment.

Dated: New York, New York
May 5, 2008

ADAM RICHARDS LLC

By: /s/ Adam Richards
Adam Richards (AR-2489)
Attorneys for Plaintiffs
Cindy Streit, Sarah Moseley,
Ben K. McKinnon,
Michael M. Jared and Lynn
S. Jared
40 Fulton Street, 7th Floor
New York, New York 10038
212.233.4400

May 7, 2008                                   *Loretta A. Preska* (signature)

2