Slade R. Metcalf (SM 8360)
Katherine M. Bolger (KB 6206)
Rachel F. Strom (RS 9666)
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
*Attorneys for Defendants Twentieth Century*
*Fox Film Corporation, One America*
*Productions, Inc., Todd Lewis Schulman,*
*Monica Levinson, Julie Lynn Chouinard,*
*Everyman Pictures, and Dune Entertainment LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

| | | |
|---|---|---|
| Cindy Streit; Sarah Moseley; Ben K. McKinnon; Michael M. Jared; and Lynn S. Jared, | : : : : | Case No.: 08 CIV 01571 (LAP) |
| Plaintiffs, | : : | |
| v. | : : | |
| | : | **NOTICE OF APPEARANCE** |
| Twentieth Century Fox Film Corporation; One America Productions, Inc.; Springland Films; Todd Lewis Schulman; Monica Levenson; Julie Lynn Chounard; Sacha Baron Cohen; Everyman Pictures; Gold/Miller; Productions; Major Studio Partners, Inc.; Dune Entertainment, LLC; Four by Two Production Company; Peter Baynham; Jan Mazer; and Anthony Hines, | : : : : : : : : : : : : : | |
| Defendants. | : : | |

-------------------------------------------------------------------X

PLEASE TAKE NOTICE that the undersigned hereby enters its appearance in this matter

as counsel for defendants Twentieth Century Fox Film Corporation, One America Productions,

Inc. d/b/a Springland Films (incorrectly sued herein as a separate entity), Todd Lewis Schulman,

Monica Levinson (incorrectly sued herein as "Monica Levenson"), Julie Lynn Chouinard

\\\NY - 027721/000009 - 1083153 v1

(incorrectly sued herein as "Julie Lynn Chounard"), Everyman Pictures, and Dune Entertainment

LLC and requests that all parties serve on the undersigned copies of all papers filed in or

affecting this action.

Respectfully submitted,

HOGAN & HARTSON LLP

By: _____/s/_____
Slade R. Metcalf (SM 8360)
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022
Tel: (212) 918-3000
*Attorneys for Defendants Twentieth Century*
*Fox Film Corporation, One America*
*Productions, Inc., Todd Lewis Schulman,*
*Monica Levinson, Julie Lynn Chouinard,*
*Everyman Pictures, and Dune*
*Entertainment LLC*

Dated: New York, New York
       May 12, 2008

TO:    Adam Richards
       ADAM RICHARDS LLC
       40 Fulton Street, 7th Floor
       New York, NY 10038
       Tel: (212) 233-4400
       *Attorney for Plaintiffs Cindy Streit,*
       *Sarah Moseley, Ben K. McKinnon,*
       *Michael M. Jared and Lynn S. Jared*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
Cindy Streit; Sarah Moseley; Ben K.     :
McKinnon; Michael M. Jared; and Lynn   :
S. Jared,          :  Case No.: 08 CIV 01571 (LAP)
            :
    Plaintiffs,    :
            :
v.           :
            :  **CERTIFICATE OF SERVICE**
Twentieth Century Fox Film    :
Corporation; One America Productions, :
Inc.; Springland Films; Todd Lewis   :
Schulman; Monica Levenson; Julie Lynn :
Chounard; Sacha Baron Cohen;   :
Everyman Pictures; Gold/Miller;   :
Productions; Major Studio Partners, Inc.; :
Dune Entertainment, LLC; Four by  :
Two Production Company; Peter   :
Baynham; Jan Mazer; and Anthony  :
Hines,          :
            :
    Defendants.   :
            :
-------------------------------------------------------------------------X

    I, Rachel F. Strom, hereby certify that on May 12, 2008, I caused a true and correct copy of the Notice of Appearance to be served through the Court's electronic notification system upon:

    Adam Richards
    ADAM RICHARDS LLC
    40 Fulton Street, 7th Floor
    New York, NY 10038
    Tel: (212) 233-4400
    adam@arichardslaw.com
    *Attorneys for Plaintiffs*

Dated:  May 12, 2008

            _____s/ Rachel F. Strom_____
            RACHEL F. STROM (RS 9666)

\\\NY - 027721/000009 - 1083152 v1