Slade R. Metcalf (SM 8360)
Katherine M. Bolger (KB 6206)
Rachel F. Strom (RS 9666)
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
*Attorneys for Defendants Twentieth Century*
*Fox Film Corporation, One America*
*Productions, Inc., Todd Lewis Schulman,*
*Monica Levinson, Julie Lynn Chouinard,*
*Everyman Pictures, and Dune Entertainment LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

| | |
|---|---|
| Cindy Streit; Sarah Moseley; Ben K. McKinnon; Michael M. Jared; and Lynn S. Jared, :<br><br>    Plaintiffs, :<br><br>v. :<br><br>Twentieth Century Fox Film Corporation; One America Productions, Inc.; Springland Films; Todd Lewis Schulman; Monica Levenson; Julie Lynn Chounard; Sacha Baron Cohen; Everyman Pictures; Gold/Miller; Productions; Major Studio Partners, Inc.; Dune Entertainment, LLC; Four by Two Production Company; Peter Baynham; Jan Mazer; and Anthony Hines, :<br><br>    Defendants. : | Case No.: 08 CIV 01571 (LAP)<br><br>**NOTICE OF APPEARANCE** |

------------------------------------------------------------------------X

    PLEASE TAKE NOTICE that the undersigned hereby enters its appearance in this matter

as counsel for defendants Twentieth Century Fox Film Corporation, One America Productions,

Inc. d/b/a Springland Films (incorrectly sued herein as a separate entity), Todd Lewis Schulman,

Monica Levinson (incorrectly sued herein as "Monica Levenson"), Julie Lynn Chouinard

\\\NY - 027721/000009 - 1083151 v1

(incorrectly sued herein as "Julie Lynn Chounard"), Everyman Pictures, and Dune Entertainment LLC and requests that all parties serve on the undersigned copies of all papers filed in or affecting this action.

    Respectfully submitted,

    HOGAN & HARTSON LLP

    By: _____/s/_____
    Katherine M. Bolger (KB 6206)
    HOGAN & HARTSON LLP
    875 Third Avenue
    New York, NY 10022
    Tel: (212) 918-3000
    *Attorneys for Defendants Twentieth Century Fox Film Corporation, One America Productions, Inc., Todd Lewis Schulman, Monica Levinson, Julie Lynn Chouinard, Everyman Pictures, and Dune Entertainment LLC*

Dated: New York, New York
       May 12, 2008

TO:   Adam Richards
      ADAM RICHARDS LLC
      40 Fulton Street, 7th Floor
      New York, NY 10038
      Tel: (212) 233-4400
      *Attorney for Plaintiffs Cindy Streit, Sarah Moseley, Ben K. McKinnon, Michael M. Jared and Lynn S. Jared*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
Cindy Streit; Sarah Moseley; Ben K.          :
McKinnon; Michael M. Jared; and Lynn     :
S. Jared,                                                     :   Case No.: 08 CIV 01571 (LAP)

    Plaintiffs,

v.                                                                       :   **CERTIFICATE OF SERVICE**

Twentieth Century Fox Film
Corporation; One America Productions,
Inc.; Springland Films; Todd Lewis
Schulman; Monica Levenson; Julie Lynn
Chounard; Sacha Baron Cohen;
Everyman Pictures; Gold/Miller;
Productions; Major Studio Partners, Inc.;
Dune Entertainment, LLC; Four by
Two Production Company; Peter
Baynham; Jan Mazer; and Anthony
Hines,

    Defendants.
------------------------------------------------------------------------X

    I, Rachel F. Strom, hereby certify that on May 12, 2008, I caused a true and correct copy of the Notice of Appearance to be served through the Court's electronic notification system upon:

    Adam Richards
    ADAM RICHARDS LLC
    40 Fulton Street, 7th Floor
    New York, NY 10038
    Tel: (212) 233-4400
    adam@arichardslaw.com
    *Attorneys for Plaintiffs*


Dated: May 12, 2008


                                                                    s/ Rachel F. Strom
                                                          RACHEL F. STROM (RS 9666)