Slade R. Metcalf (SM 8360)
Katherine M. Bolger (KB 6206)
Rachel F. Strom (RS 9666)
Hogan & Hartson LLP
875 Third Avenue
New York, NY  10022
Telephone: (212) 918-3000
*Attorneys for Defendants Twentieth Century*
*Fox Film Corporation, One America*
*Productions, Inc., Todd Lewis Schulman,*
*Monica Levinson, Julie Lynn Chouinard,*
*Everyman Pictures, and Dune Entertainment LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
Cindy Streit; Sarah Moseley; Ben K. McKinnon; Michael M. Jared; and Lynn S. Jared,

    Plaintiffs,

v.

Twentieth Century Fox Film Corporation; One America Productions, Inc.; Springland Films; Todd Lewis Schulman; Monica Levenson; Julie Lynn Chounard; Sacha Baron Cohen; Everyman Pictures; Gold/Miller; Productions; Major Studio Partners, Inc.; Dune Entertainment, LLC; Four by Two Production Company; Peter Baynham; Jan Mazer; and Anthony Hines,

    Defendants.
------------------------------------------------------------------------X

Case No.: 08 CIV 01571 (LAP)

**NOTICE OF MOTION**

    **PLEASE TAKE NOTICE**, that upon the annexed declarations of Joan Hansen, sworn to the 9th day of May, 2008, and Slade R. Metcalf, sworn to the 12th day of May, 2008, and the exhibits annexed thereto, and upon all prior papers and proceedings heretofore had herein, the undersigned will move this Court, before the Honorable Loretta A. Preska, United States District Judge, United States District Court, Southern District of New York, at the United States

\\\NY - 027721/000009 - 1082273 v1

Courthouse, Courtroom 12A, 500 Pearl Street, New York, New York 10007, at a date and time as shall be set by the Court, for an order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the First Amended Complaint of plaintiffs Cindy Streit, Sarah Moseley, Ben K. McKinnon, Michael M. Jared and Lynn S. Jared (collectively "Plaintiffs") with prejudice as against defendants Twentieth Century Fox Film Corporation, One America Productions, Inc. d/b/a Springland Films (incorrectly sued herein as a separate entity), Todd Lewis Schulman, Monica Levinson (incorrectly sued herein as "Monica Levenson"), Julie Lynn Chouinard (incorrectly sued herein as "Julie Lynn Chounard"), Everyman Pictures and Dune Entertainment LLC in its entirety, and granting such other and further relief as this Court may deem appropriate. Oral argument, if any, will be on a date and at a time to be designated by the Court.

**PLEASE TAKE FURTHER NOTICE** that, opposition papers, if any, shall be served by Plaintiffs within ten business days after service of the motion papers in accordance with Rule 6.1(b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.

Dated: May 12, 2008

        Respectfully submitted,

        HOGAN & HARTSON LLP

        By: _____/s/_____
        Slade R. Metcalf (SM 8360)
        Katherine M. Bolger (KB 6206)
        Rachel F. Strom (RS 9666)
        HOGAN & HARTSON LLP
        875 Third Avenue
        New York, NY 10022
        Tel: (212) 918-3000
        *Attorneys for Defendants Twentieth Century Fox Film Corporation, One America Productions, Inc., Todd Lewis Schulman, Monica Levinson, Julie Lynn Chouinard, Everyman Pictures, and Dune Entertainment LLC*

TO: Adam Richards
ADAM RICHARDS LLC
40 Fulton Street, 7th Floor
New York, NY 10038
Tel: (212) 233-4400
*Attorney for Plaintiffs Cindy Streit,*
*Sarah Moseley, Ben K. McKinnon,*
*Michael M. Jared and Lynn S. Jared*

\\\NY - 027721/000009 - 1082273 v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
Cindy Streit; Sarah Moseley; Ben K. :
McKinnon; Michael M. Jared; and Lynn :
S. Jared, : Case No.: 08 CIV 01571 (LAP)
 :
    Plaintiffs, :
 :
v. :
 : **CERTIFICATE OF SERVICE**
Twentieth Century Fox Film :
Corporation; One America Productions, :
Inc.; Springland Films; Todd Lewis :
Schulman; Monica Levenson; Julie Lynn :
Chounard; Sacha Baron Cohen; :
Everyman Pictures; Gold/Miller; :
Productions; Major Studio Partners, Inc.; :
Dune Entertainment, LLC; Four by :
Two Production Company; Peter :
Baynham; Jan Mazer; and Anthony :
Hines, :
 :
    Defendants. :
 :
------------------------------------------------------------------------X

    I, Rachel F. Strom, hereby certify that on May 12, 2008, I caused a true and correct copy of the Notice Of Motion, Defendants' Memorandum Of Law In Support Of Their Motion To Dismiss The First Amended Complaint and the exhibit annexed thereto, the Declaration Of Slade R. Metcalf In Support Of Defendants' Motion To Dismiss The First Amended Complaint and the exhibits annexed thereto and the Declaration Of Joan Hansen In Support Of Defendants' Motion To Dismiss The First Amended Complaint and the exhibits annexed thereto, to be served through the Court's electronic notification system and by Federal Express overnight delivery upon:

    Adam Richards
    ADAM RICHARDS LLC
    40 Fulton Street, 7th Floor
    New York, NY 10038
    Tel: (212) 233-4400
    *Attorney for Plaintiffs Cindy Streit,*
    *Sarah Moseley, Ben K. McKinnon,*
    *Michael M. Jared and Lynn S. Jared*

Dated: May 12, 2008                                        s/ Rachel F. Strom
                                                                        RACHEL F. STROM (RS 9666)