Ploskø/S

Slade R. Metcalf (SM 8360)
Katherine M. Bolger (KB 6206)
Rachel F. Strom (RS 9666)
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
*Attorneys for Defendants Twentieth Century*
*Fox Film Corporation, One America*
*Productions, Inc., Todd Lewis Schulman,*
*Monica Levinson, Julie Lynn Chouinard,*
*Everyman Pictures, and Dune Entertainment LLC*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  5/20/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

Cindy Streit; Sarah Moseley; Ben K.  :
McKinnon; Michael M. Jared; and Lynn  :
S. Jared,  :                                    Case No.: 08 CIV 01571 (LAP)
 :
        Plaintiffs,  :
 :
v.  :                                           **STIPULATION**
 :                                              **AND ORDER**
Twentieth Century Fox Film  :
Corporation; One America Productions,  :
Inc.; Springland Films; Todd Lewis  :
Schulman; Monica Levenson; Julie Lynn  :
Chounard; Sacha Baron Cohen;  :
Everyman Pictures; Gold/Miller;  :
Productions; Major Studio Partners, Inc.;  :
Dune Entertainment, LLC; Four by  :
Two Production Company; Peter  :
Baynham; Jan Mazer; and Anthony  :
Hines,  :
 :
        Defendants.  :
 :
------------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsel for the Plaintiffs Cindy Streit, Sarah Moseley, Ben K. McKinnon, Michael M. Jared and

Lynn S. Jared (collectively "Plaintiffs") and Defendants Twentieth Century Fox Film

Corporation, One America Productions, Inc. d/b/a Springland Films (incorrectly sued herein as a

\\NY - 027721/000009 - 1043771 v1

separate entity), Todd Lewis Schulman, Monica Levinson (incorrectly sued herein as "Monica Levenson"), Julie Lynn Chouinard (incorrectly sued herein as "Julie Lynn Chounard"), Everyman Pictures, and Dune Entertainment LLC (collectively, "Defendants"):

1.   On April 7, 2008, Plaintiffs filed a First Amended Complaint in this Court;

2.   On May 12, 2008, Defendants, the only defendants served in this action, filed and served a motion to dismiss the First Amended Complaint (the "Motion to Dismiss");

3.   The parties hereby agree that the Plaintiffs' time to serve any Opposition to Defendants' Motion to Dismiss be and hereby is extended from May 30, 3008 to and including June 13, 2008;

4.   Defendants shall serve any Reply on or before July 7, 2008;

5.   No other extensions of time have been requested or granted in this matter regarding the Plaintiffs' time to respond to the Motion to Dismiss;

6.   A facsimile copy of the signature page of this stipulation will be deemed to be an original for purposes of filing and judicial endorsement.

Dated: May 15, 2008

Adam Richards
ADAM RICHARDS LLC
40 Fulton Street
7th Floor
New York, New York 10038
Tel: (212) 233-4400
*Attorneys for Plaintiffs*
*Cindy Streit, Sarah Moseley,*
*Ben K. McKinnon, Michael*
*M. Jared and Lynn S. Jared*

Dated: 5-15-08

Slade R. Metcalf (SM 8360)
Katherine M. Bolger (KB 6206)
Rachel F. Strom (RS 9666)
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022
Tel: (212) 918-3000
*Attorneys for Defendants Twentieth Century Fox*
*Film Corporation, One America Productions, Inc.*
*Todd Lewis Schulman, Monica Levinson, Julie Lynn*
*Chouinard, Everyman Pictures, and Dune*
*Entertainment LLC*

IT IS SO ORDERED:

Loretta A. Presca

May 20, 2008