Slade R. Metcalf (SM 8360)
Katherine M. Bolger (KB 6206)
Rachel F. Strom (RS 9666)
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
*Attorneys for Defendants Twentieth Century
Fox Film Corporation, One America
Productions, Inc., Todd Lewis Schulman,
Monica Levinson, Julie Lynn Chouinard, Sacha
Baron Cohen, Everyman Pictures,
and Dune Entertainment LLC*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Cindy Streit; Sarah Moseley; Ben K.
McKinnon; Michael M. Jared; and Lynn
S. Jared,

    Plaintiffs,

v.

Twentieth Century Fox Film
Corporation; One America Productions,
Inc.; Springland Films; Todd Lewis
Schulman; Monica Levenson; Julie Lynn
Chounard; Sacha Baron Cohen;
Everyman Pictures; Gold/Miller;
Productions; Major Studio Partners, Inc.;
Dune Entertainment, LLC; Four by
Two Production Company; Peter
Baynham; Jan Mazer; and Anthony
Hines,

    Defendants.

-----------------------------------------------------------X

Case No.: 08 CIV 01571 (LAP)

## NOTICE OF APPEARANCE AND STIPULATION AND ORDER

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Plaintiffs Cindy Streit, Sarah Moseley, Ben K. McKinnon, Michael M. Jared and Lynn S. Jared (collectively "Plaintiffs") and Defendants Twentieth Century Fox Film

Corporation, One America Productions, Inc. d/b/a Springland Films (incorrectly sued herein as a separate entity), Todd Lewis Schulman, Monica Levinson (incorrectly sued herein as "Monica Levenson"), Julie Lynn Chouinard (incorrectly sued herein as "Julie Lynn Chounard"), Everyman Pictures, and Dune Entertainment LLC (collectively, "First Defendants") and Sacha Baron Cohen ("Cohen") as follows:

1. Hogan & Hartson LLP hereby enters its appearance in this matter as counsel for defendant Cohen and requests that all parties serve on Hogan & Hartson LLP copies of all papers filed in or affecting this action;

2. On April 7, 2008, Plaintiffs filed a First Amended Complaint in this Court;

3. On May 12, 2008, the First Defendants, filed and served a motion to dismiss the First Amended Complaint (the "Motion to Dismiss");

4. The parties hereby agree that Cohen hereby joins the Motion to Dismiss and adopts the arguments set forth in the papers filed by First Defendants in the Motion to Dismiss;

5. A facsimile copy of the signature page of this stipulation will be deemed to be an original for purposes of filing and judicial endorsement.

Dated: May 29, 2008

_____
Adam Richards
ADAM RICHARDS LLC
40 Fulton Street
7th Floor
New York, New York 10038
Tel: (212) 233-4400
*Attorneys for Plaintiffs
Cindy Streit, Sarah Moseley,
Ben K. McKinnon, Michael
M. Jared and Lynn S. Jared*

Dated: May 29, 2008

_____
Slade R. Metcalf (SM 8360)
Katherine M. Bolger (KB 6206)
Rachel F. Strom (RS 9666)
HOGAN & HARTSON LLP
875 Third Avenue
New York, New York 10022
Tel: (212) 918-3000
*Attorneys for Defendants Twentieth Century Fox
Film Corporation, One America Productions, Inc.
Todd Lewis Schulman, Monica Levinson, Julie Lynn
Chouinard, Everyman Pictures, Sacha Baron
Cohen and Dune Entertainment LLC*

\\\\NY - 027721/000009 - 1083773 v1

SO ORDERED

_____
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

May 30, 2008