ADAM RICHARDS LLP
Adam Richards (AR-2489)
40 Fulton Street, 7th Floor
New York, New York 10038
Telephone: (212) 233-4400
adam@arichardslaw.com

Attorneys for Plaintiffs Cindy Streit,
Sarah Moseley, Ben K. McKinnon,
Michael M. Jared and Lynn S. Jared

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Cindy Streit, Sarah Moseley, Ben K. McKinnon, Michael M. Jared and Lynn S. Jared,<br><br>                      Plaintiffs,<br><br>            - against -<br><br>Twentieth Century Fox Film Corporation, One America Productions, Inc., Springland Films, Todd Lewis Schulman, Monica Levenson, Julie Lynn Chounard, Sacha Baron Cohen, Everyman Pictures, Gold/Miller Productions, Major Studio Partners, Inc., Dune Entertainment, LLC, Four by Two Production Company, Peter Baynham, Dan Mazer and Anthony Hines,<br><br>                      Defendants. | **Index No. 08 CIV 01571 (LAP)** |

I, ADAM RICHARDS, declare as follows:

1. My office represents Plaintiffs Cindy Streit, Sarah Moseley, Ben K. McKinnon, Michael M. Jared and Lynn S. Jared (hereinafter "Plaintiffs"), in the above-captioned action. I have personal knowledge of the facts and circumstances set forth herein.

2. Annexed hereto as Exhibit A is a copy of Plaintiffs' Amended Complaint, dated April 7, 2008

3. Annexed hereto as Exhibit B is a copy of the Declaration of Cindy Streit, dated January 9, 2008.

4. Annexed hereto as Exhibit C are pages 4 through 9 of Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss the Complaint, dated April 8, 2008; Psenicska v. Twentieth Century Fox Film Corp., et al; Case No. 07 Civ. 10972.

5. Annexed hereto as Exhibit D is a copy of pages 151-52 of Gritten: Halliwell's Film Video & DVD Guide 2008 (Harper Collins 2007).

I declare under the penalty of perjury under the laws of the United States of America and the State of New York that the foregoing is true and correct and that this Declaration was executed in New York, New York on June 13, 2008.

s/ Adam Richards
_____
Adam Richards