# EXHIBIT D

# HALLIWELL'S

THE ONLY FILM GUIDE THAT MATTERS

# Film Guide 2008

WITH OVER 24,000 MOVIES

★★★★★ FILM REVIEW

DAVID GRITTEN

: the Moon (dubbed)
946 90m bw
ider Salkind)

r: El Moderno Barba Azul
iked sailor is mistaken for a mass and sent on the first expedition to

ingly bad, feebly scripted and ide comedy in which Keaton one of his skill or invention, but through his role.
Irivas, Jaime Salvador d Jaime m George Tzipine
Keaton, Angel Garasa, Virginia Bareiro, Fernando Sotto
n was never released in American nd was hardly seen outside ntil its video release; it surfaces lly on television in a version that 0m.

Town ★★
1 120m bw
n Zimbalist)

idly oil drillers strike it rich.
four-star, big-studio product of its ld-wide entertainment of assured ith a proven mix of romance, action, nd comedy.
Lee Mahin story James Edward Jack Conway ph Harold Rosson Waxman ad Cedric Gibbons
Gable, Spencer Tracy, Claudette Hedy Lamarr, Frank Morgan, twill, Chill Wills
rn high jinks, a wee child, and oom speeches about individual rise constitute the various come- a scrambled and inept picture.' – ork Herald Tribune
colourful action in the oil fields and itation indoors might have made it t picture.' – Bosley Crowther
ld Rosson

ierang! ★★★
47 88m bw
is de Rochemont)
w England town, a clergyman is shot the street. The DA prevents an it man from being convicted, but track down the guilty party.
real life thriller: based on a true case, hot in an innovative documentary hich was much copied, and justice is to be done, though the murderer is to the audience. A milestone movie of

ard Murphy d Elia Kazan
rbert Brodine m David Buttolph
hard Day, Chester Gore ed Harmon

na Andrews (Henry L. Harvey), Jane (Mrs. Harvey), Lee J. Cobb (Chief ion), Cara Williams (Irene Nelson), Kennedy (John Waldron), Sam (Woods), Taylor Holmes (Wade), Keith (McCreery), Ed Begley s)
udy of integrity, beautifully loped by Dana Andrews against a ground of political corruption and anery that is doubly shocking because s documentary understatement.' – ard Winnington
the first time in many a moon we are ted to a picture that gives a good nple of a typical small American city – people, their way of living, their mode overnment, the petty politics

practised, the power of the press.' – Frank Ward, National Board of Review
Richard Murphy

'A Player Who's About To Be Played.'

## Boomerang

US 1992 117m Technicolor
UIP/Paramount (Brian Grazer, Warrington Hudlin)

An executive in a cosmetics firm has an unsuccessful affair with his boss before finding true love.
*Dim comedy that substitutes gloss for wit and deprives its star of everything except uncritical adulation.*
w Barry W. Blaustein, David Sheffield d Reginald Hudlin ph Woody Omens m Marcus Miller pd Jane Musky ed Earl Watson, John Carter, Michael Jablow
☆ Eddie Murphy, Robin Givens, Halle Berry, David Alan Grier, Martin Lawrence, Grace Jones, Geoffrey Holder, Eartha Kitt, Melvin Van Peebles
'This Eddie Murphy vehicle tries hard to be positive. It's a pity that the movie isn't any good.' – Michael Sragow, New Yorker
'An ill-fitting comedy vehicle that's desperately in need of a reality check.' – Variety

'Thy Kingdom Come. Thy Will Be Done.'

## The Boondock Saints

US 2000 108m FotoKem
Franchise/Brood Syndicate (Elie Samaha, Lloyd Segan, Robert Fried, Chris Brinker)

In Boston, two brothers become vigilantes and kill bad guys.
*Gruesome and risible mix of religiosity and extreme violence with dialogue that consists of the rearrangement of four-letter words; Dafoe gives one of his least appealing, over-the-top performances as a homophobic gay investigator.*
wd Troy Duffy ph Adam Kane m Jeff Danna pd Robert Devico ed Bill Deronde
☆ Willem Dafoe (Paul Smecker), Sean Patrick Flanery (Conner MacManus), Norman Reedus (Murphy MacManus), David Della Rocco (Rocco), Billy Connolly (Il Duce), David Ferry (Detective Dolly), Brian Mahoney (Detective Duffy)
'Mixes blood and Catholic-tinged vigilante justice in excessive portions for sometimes wacky and always brutal effect.' – Robert Koehler, Variety
† Troy Duffy was working as a Boston barman when he sold the script of the movie to Miramax's Harvey Weinstein. The story of what happened next was told in the documentary Overnight (qv).

## The Boost ★

US 1988 95m colour
Hemdale/Becker-Blatt-Ponicsan (Daniel H. Blatt)

A fast-talking salesman and his wife are ruined by their addiction to cocaine.
*Cautionary tale of an acquisitive society, coolly told.*
w Darryl Ponicsan novel Ludes by Benjamin Stein d Harold Becker ph Howard Atherton m Stanley Myers ad Ken Hardy ed Maury Winetrobe
☆ James Woods, Sean Young, John Kapelos, Steven Hill, Kelle Kerr, John Rothman, Amanda Blake, Grace Zabriskie

Das Boot: see The Boat

'When you don't know your next step... Improvise.'

## Bootmen ★

Australia/US 2000 95m DeLuxe
Fox Searchlight/AFFC/Bootmen (Hilary Linstead, Dein Perry)

In the Australian steel town of Newcastle, a young, impulsive tap-dancing machinist recruits his mates to form a macho dance troupe that reflects their industrial background.
*Formulaic drama enlivened by the vitality of its thunderous tap dancing.*
w Steve Worland d Dein Perry ph Steve Mason m Cezary Skubiszewski ch Dein Perry pd Murray Picknett ed Jane Moran cos Tess Schofield
☆ Adam Garcia (Sean Okden), Sophie Lee (Linda), Sam Worthington (Mitch Okden), William Zappa (Walter), Richard Carter (Gary Okden), Susie Porter (Sara), Anthony Hayes (Huey)
'A vigorous re-working of the puttin'-on-a-show formula... great fun.' – David Stratton, Variety
† The film's director Dein Perry was founder of the Australian dance troupe Tap Dogs.

## Boots! Boots!

GB 1934 80m bw
Blakeley/John E. Blakeley
A simple hotel employee turns entertainer with the scullery maid.
*Formby's first film, based on a stage show, and filmed cheaply and with little imagination: the camera remains static as if the proceedings are being viewed from the stalls. It retains some slight interest as an example of popular entertainment of the period.*
w Jack Cottrill, George Formby d Bert Tracey ph James S. Hodgson md Harry Hudson ad Thomas Fleetwood
☆ George Formby, Beryl Formby, Arthur Kingsley, Tonie Forde, Lillian Keyes, Donald Reid, Constance Fletcher, Wallace Boscoe, Betty Driver

## Boots Hill (dubbed) ★

Italy 1969 106m Technicolor Techniscope
San Marco/Crono
original title: La Collina degli Stivali
A man wounded and hunted by a gang of killers takes refuge with a travelling circus.
*Lively spaghetti Western that threatens to be more original than most, with its chase narrative concerned with greed and exploitation, but which finally settles, with the arrival of Bud Spencer at the halfway mark, for broad comedy, gunfights and pub brawls.*
wd Giuseppe Colizzi ph Marcello Masciocchi m Carlo Rustichelli ad Gastone Carsetti ed Tatiana Morigi Casini
☆ Terence Hill (Mario Girotti), Woody Strode, Bud Spencer (Carlo Pedersoli), Victor Buono, Lionel Stander, Edward Ciannelli, Luca Montefiori, Glauca Onorato

## Boots Malone

US 1952 103m bw
Columbia (Milton Holmes)

A would-be jockey tags along with a down-at-heel agent who gets him work and finally persuades him not to throw a crooked race.
*Dullish racetrack melodrama bogged down by repetitive and unsympathetic plot twists.*
w Milton Holmes d William Dieterle ph Charles Lawton m Elmer Bernstein
☆ William Holden, Johnny Stewart, Stanley Clements, Basil Ruysdael, Carl Benton Reid, Ed Begley, Henry Morgan
† Screenwriter Harold Buchman was excluded from the credits of the film because he was blacklisted at the time.

'Some guys will do anything for a little something.'

## Booty Call (2)

US 1997 79m DeLuxe
Columbia (John Morrissey)

Two couples decide to indulge in intercourse providing the men equip themselves with condoms.
*A prolonged, comic commercial for safe sex that detumesces quickly.*
w Takashi Bufford d Jeff Pollack ph Ron Orieux m Robert Folk pd Sandra Kybartas ed Christopher Greenbury
☆ Jamie Foxx, Tommy Davidson, Vivica A. Fox, Tamala Jones, Scott LaRose, Gedde Watanabe
'An oddly effective comic mix of the politically correct and outré stereotyping.' – Variety
† Art Malik appears uncredited.

## Bopha! ★

US 1993 121m DeLuxe
Paramount/Arsenio Hall/Taubman

In South Africa in 1980, a black policeman, living in a turbulent township, finds himself torn between supporting his repressive white boss or approving the actions of his outspoken son, who believes in revolution.
*A sincere, well-acted movie about apartheid and its consequences, but over-simplistic and too conventional in its approach.*
w Brian Bird, John Wierick play Percy Mtwa d Morgan Freeman ph David Watkin m James Horner pd Michael Philips ed Neil Travis
☆ Danny Glover (Micah Mangena), Malcolm McDowell (De Villiers), Rosie Mangena (Alfre Woodard), Marius Weyers (Van Tonder), Maynard Eziashi (Zweli Mangena), Malick Bowens (Pule Rampa), Michael Chinyamurindi (Solomon), Christopher John Hall (Naledi Machikano)
'A handsomely crafted, potently played drama that brings the issue of apartheid down to a visceral human dimension.' – Leonard Klady, Variety

'High five!'
'Very nice!'

## Borat: Cultural Learnings of America for Make Benefit Glorious Nation of Kazakhstan ★ (9)

US/UK 2006 84m
TCF/Four by Two/Everyman (Sacha Baron Cohen, Jay Roach)

A spoof in which Borat, a TV presenter in Kazakhstan, is ordered by his government to travel to America and report on its way of life, to educate his people. He interviews Americans about feminism, sex, etiquette, humour, politics and religion. He also falls for Baywatch star Pamela Anderson, who he sets out to marry and tries to kidnap.
*An unquestionably clever premise, with a straight-faced, apparently naïve foreigner eliciting outrageous, embarrassing responses from innocent, well-meaning and often reactionary Americans not in on the gag. Yet much of the film consists of gross-out humour best suited to adolescent boys. And is it really so ground-breaking to make evangelical Christians, rodeo rednecks and unsmiling*

*feminists figures of fun? Essentially, this is Candid Camera – with the unwelcome addition of anti-Semitic jokes that leave an unpleasant taste. Baron Cohen is skilled at thinking on his feet in tricky situations, and unafraid to place himself in physical danger for the sake of a scene. But one wonders at his motives: Is this film a bracing tilt at political correctness, a smug, superior in-joke, or a calculated, cynical attempt to shock? Exasperatingly, it's a little bit of all three.*

*w* Sacha Baron Cohen, Peter Baynham, Anthony Hines, Dan Mazer *character* Borat by Sacha Baron Cohen *d* Larry Charles *ph* Anthony Hardwick, Luke Geissbuhler *m* Erran Baron Cohen *ad* David Saenz de Maturana *ed* Peter Teschner, James Thomas

☆ Sacha Baron Cohen (Borat), Ken Davitian (Azamat), Luenell (Luenell)

BORAT: 'Jak sie masz? (How are you?) My name-a Borat. I like you. I like sex. Is nice!'

BORAT (ABOUT WOMEN SEATED BESIDE HIM AT DINNER): 'In my country, they would go crazy for these two [indicates minister's wife]. This one... not so much...'

'The brilliance of *Borat* is that its comedy is as pitiless as its social satire, and as brainy.' – *Manohla Dargis, New York Times*

'The more I think about the film, the less amusing it becomes.' – *Jason Solomons, Observer*

† Pamela Anderson appears uncredited as herself.

Adapted screenplay

## The Border

US 1982 108m Technicolor Panavision
Universal/RKO (Neil Hartley)

A Los Angeles cop joins the border patrol in El Paso and becomes involved in squalor, violence and double-dealing.

*A rather solemn elaboration on a well-worn theme, with nothing very memorable except its excesses.*

*w* Deric Washburn, Walon Green, David Freeman *d* Tony Richardson *ph* Ric Waite *m* Ry Cooder *pd* Toby Rafelson *ed* Robert K. Lambert

☆ Jack Nicholson, Harvey Keitel, Valerie Perrine, Warren Oates, Elpidia Carrillo

## Border Incident

US 1949 93m bw
MGM (Nicholas Nayfack)

Police stop the illegal immigration of labourers from Mexico.

*Routine semi-documentary cops and robbers, well enough made.*

*w* John C. Higgins *d* Anthony Mann *ph* John Alton *m* André Previn

☆ Ricardo Montalban, George Murphy, Howard da Silva, James Mitchell, Alfonso Bedoya

## Border Radio

US 1987 84m bw
Coyote/Marcus de Leon

A punk rock musician goes on the run to Mexico after stealing money from a promoter who failed to pay him.

*Probably a learning experience for those involved: the jerky narrative (one title reads "2 or 6 months later'), abrupt editing, deliberately inconsequential, improvised dialogue and amateurish acting suggest that its participants were determined to make a film but were uncertain of precisely how to do it.*

*wd* Allison Anders, Dean Lent, Kurt Voss *ph* Dean Lent *m* Dave Alvin

☆ Chris D., Luana Anders, Chris Shearer, John Doe, Dave Alvin, Iris Berry, Devon Anders, Texacala Jones

† The credits include: 'Many curses on: Those Who Tried To Thwart Us'.

## Border River

US 1953 80m Technicolor
Universal-International (Albert J. Cohen)

In 1865, after stealing $2m in gold from the Union to buy supplies for the South, a Confederate Major takes refuge in Zona Libre, a Mexican town controlled by a powerful outlaw, where others are determined to relieve him of the treasure.

*Western programmer that mixes action and romance in an unusual setting.*

*w* William Sackheim, Louis Stevens *d* George Sherman *ph* Irving Glassberg *m* Joseph Gershenson *ad* Bernard Herzbrun, Richard H. Riedel *ed* Frank Fross

☆ Joel McCrea (Clete Mattson), Yvonne de Carlo (Carmelita Carrias), Pedro Armendariz (General Calleja), Ivan Triesault (Baron Von Hollden), Alfonso Bedoya (Capt Vargas), Howard Petrie (Newlund), Erika Nordin (Annina Strasser), George J. Lewis (Sanchez), Nacho Galindo (Lopez), George Wallace (Fletcher), Lane Chandler (Anderson), Martin Garralaga (Guzman), Joe Bassett (Stanton), Salvador Baguez (General Robles), Felipe Turice (Pablo)

## Border Shootout

US 1990 110m colour
Turner/Phoenix

A naive rancher becomes the sheriff of a town in thrall to the crooked son of its largest landowner.

*Inept Western, in which the various strands of the narrative never quite come together; the acting is variable – from acceptable to bad – and the direction clumsy. Despite his star billing, Ford, whose mind seems to be on other things, plays a secondary role.*

*wd* C. T. McIntyre *novel* The Law at Randado by Elmore Leonard *ph* Dennis Dalzell *m* Coley Music Group *pd* Craig B. Stein *ed* Grant Johnson

☆ Glenn Ford, Charlene Tilton, Jeff Kaake, Michael Horse, Russell Todd, Cody Glenn, Sergio Calderon, Michael Ansara

## Borderline

US 1980 97m colour
ITC (Martin Starger)

A Mexican border patrolman chases illegal immigrants and the big time crooks making money out of them.

*Routine, quite effective action programmer.*

*w* Steve Kline, Jerrold Freedman *d* Jerrold Freedman *ph* Tak Fujimoto *m* Gil Melle

☆ Charles Bronson, Bruno Kirby, Karmin Murcelo, Michael Lerner, Ed Harris

Borderlines: see The Caretakers

## Bordertown ★

US 1934 80m bw
Warner (Robert Lord)

In a North Mexican town, a shabby lawyer becomes infatuated with the neurotic wife of a businessman.

*Satisfying melodrama whose plot climax was later borrowed for* They Drive by Night *(qv).*

*w* Laird Doyle, Wallace Smith *novel* Carroll Graham *d* Archie Mayo *ph* Tony Gaudio *md* Leo Forbstein

☆ Paul Muni, Bette Davis, Margaret Lindsay, Eugene Pallette, Robert Barrat, Henry O'Neill, Hobart Cavanaugh

'A strictly box office film, well written and paced.' – *Variety*

† *Blowing Wild* (qv) was also a partial uncredited remake.

## Bordertown Cafe

Canada 1991 95m colour
Cinexus/Flat City/NFBC (Norma Bailey)

A woman running a small-town café has problems with her mother, son and truck-driving former husband.

*Fraught and talkative soap opera of regrets and disappointments.*

*w* Kelly Rebar *d* Norma Bailey *ph* Ian Elkin *m* Ben Mink *pd* John Blackie *ed* Lara Mazur

☆ Susan Hogan, Janet Wright, Gordon Michael Woolvett, Sean McCann, Nicholas Campbell

## Born Again

US 1978 110m Technicolor
Robert L. Munger/Frank Capra Jnr

Charles Colson, sent to prison after Watergate, becomes a devout Christian.

*Part evangelism, part reconstruction through rose-tinted spectacles; not particularly entertaining or instructive as either.*

*w* Walter Block *d* Irving Rapper *ph* Harry Stradling Jnr *m* Les Baxter

☆ Dean Jones, Anne Francis, Jay Robinson, Dana Andrews, Raymond St Jacques, George Brent, Harry Spillman (Richard Nixon)

Born for Glory: see Brown on Resolution

Born for Trouble: see Murder in the Big House

## Born Free ★★

GB 1966 95m Technicolor Panavision
Columbia/Open Road (Carl Foreman)/High Road/Atlas (Sam Jaffe, Paul Radin)

A Kenyan game warden and his wife rear three lion cubs, one of which eventually presents them with a family.

*Irresistible animal shots salvage this rather flabbily put together version of a bestselling book. An enormous commercial success, it was followed by the even thinner* Living Free *and* To Walk With Lions *(qv), by a TV series, and by several semi-professional documentaries.*

*w* Gerald L. C. Copley (Lester Cole) *book* Joy Adamson *d* James Hill *ph* Kenneth Talbot *m* John Barry

☆ Virginia McKenna, Bill Travers, Geoffrey Keen

† Screenwriter Cole wrote under a pseudonym because he was blacklisted at the time.

John Barry; title song (*m* John Barry, *ly* Don Black)

## Born in East L.A.

US 1987 87m colour
Universal (Peter Macgregor-Scott)

An American Mexican is mistaken for an illegal immigrant and deported to Tijuana.

*Mercifully short brain-dead comedy.*

*wd* Cheech Marin *ph* Alex Phillips *m* Lee Holdridge *ed* Don Brochu

☆ Cheech Marin, Daniel Stern, Paul Rodriguez, Jan Michael Vincent, Kamala Lopez, Tony Plana

## Born Losers

US 1967 112m colour
AIP (Delores Taylor)

California teeny-boppers claim to have been gang-raped by wandering motorcyclists.

*Teenage shocker, only notable for its credits, and for being the first Billy Jack film.*

*wd* Tom Laughlin *ph* Gregory Sandor *m* Mike Curb

☆ Tom Laughlin, Jane Russell, Elizabeth James, Jeremy Slate, William Wellman Jnr

'It's so pokey and crudely obvious that it seems almost guileless – helplessly inept.' – *Pauline Kael*

'A true story of innocence lost and courage found'

## Born on the Fourth of July ★★

US 1989 144m DeLuxe Panavision
UIP/Ixtlan (A Kitman Ho, Oliver Stone)

A crippled Vietnam veteran joins the anti-war movement.

*Rousing drama, based on fact.*

*w* Oliver Stone, Ron Kovic *book* Ron Kovic *d* Oliver Stone *ph* Robert Richardson *m* John Williams *pd* Bruno Rubeo *ad* Victor Kempster, Richard L. Johnson *ed* David Brenner, Joe Hutshing

☆ Tom Cruise (Ron Kovic), Bryan Larkin (Young Ron), Raymond J. Barry (Mr. Kovic), Caroline Kava (Mrs. Kovic), Josh Evans (Tommy Kovic), Seth Allan (Young Tommy), Jamie Talisman (Jimmy Kovic), Sean Stone (Young Jimmy), Anne Bobby (Susanne Kovic), Jenna von Oy (Young Susanne)

Oliver Stone; best film editing

Tom Cruise; John Williams; best picture; best adapted screenplay; best cinematography

## Born Reckless

US 1937 60m bw
TCF

Big-town taxi drivers start a war among themselves.

*Second-feature actioner, well enough done.*

*w* John Patrick, Helen Logan, Robert Ellis *d* Malcolm St Clair

☆ Brian Donlevy, Rochelle Hudson, Barton MacLane, Robert Kent, Harry Carey, Pauline Moore, Chick Chandler

'Houses in the knuckle districts will find its best play.' – *Variety*

'Romance isn't dead... it's just not very well'

## Born Romantic

GB 2000 97m DeLuxe
Optimum/BBC/Harvest/Kismet (Michele Camarda)

In London three young men pursue three women at a salsa club.

*Episodic romantic comedy that is enjoyable in fits and starts, though its over-schematic structure dampens the fun.*

*wd* David Kane *ph* Robert Alazraki *m* Simon Boswell *pd* Sarah Greenwood *ed* Michael Parker

☆ Craig Ferguson (Frankie), Ian Hart (Second Cab Driver), Jane Horrocks (Jocelyn), Adrian Lester (Jimmy), Catherine McCormack (Jocelyn), Jimi Mistry (Eddie), David Morrissey (Fergus), Olivia Williams (Eleanor), Kenneth Cranham (Barney), John Thomson (First Cab Driver), Paddy Considine (Ray)

'Highly enjoyable when all its gears are clicking, but rarely as good as it should be.' – *Derek Elley, Variety*

152 Digital Video Disc Region 2 · Digital Video Disc Region 1 · Soundtrack released on compact disc · ☆ Cast in approximate order of importance · † Points of interest · Notable songs · Academy Award · Academy Award nomination