Slade R. Metcalf (SM 8360)
Katherine M. Bolger (KB 6206)
Rachel F. Strom (RS 9666)
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
*Attorneys for Defendants Twentieth Century
Fox Film Corporation, One America
Productions, Inc., Todd Lewis Schulman,
Monica Levinson, Julie Lynn Chouinard, Sacha
Baron Cohen, Everyman Pictures,
and Dune Entertainment LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Cindy Streit; Sarah Moseley; Ben K.
McKinnon; Michael M. Jared; and Lynn
S. Jared,

      Plaintiffs,

v.

Twentieth Century Fox Film
Corporation; One America Productions,
Inc.; Springland Films; Todd Lewis
Schulman; Monica Levenson; Julie Lynn
Chounard; Sacha Baron Cohen;
Everyman Pictures; Gold/Miller;
Productions; Major Studio Partners, Inc.;
Dune Entertainment, LLC; Four by
Two Production Company; Peter
Baynham; Jan Mazer; and Anthony
Hines,

      Defendants.

-----------------------------------------------------------------X

Case No.: 08 CIV 01571 (LAP)

**REPLY DECLARATION OF JOAN HANSEN IN FURTHER SUPPORT OF
DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

I, **JOAN HANSEN**, declare as follows:

1. I am an Assistant Secretary of defendant One America Productions, Inc. d/b/a Springland Films (incorrectly sued herein as a separate entity) ("One America"), and submit this reply declaration on behalf of defendants Twentieth Century Fox Film Corporation, One America, Todd Lewis Schulman, Monica Levinson (incorrectly sued herein as "Monica Levenson"), Julie Lynn Chouinard (incorrectly sued herein as "Julie Lynn Chounard"), Sacha Baron Cohen, Everyman Pictures, and Dune Entertainment LLC (collectively, "Defendants") in further support of their Motion to Dismiss the First Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. The name Springland Films is a registered d/b/a of One America.

3. On January 5, 2005, I sent a fictitious name statement for Springland Films to the Los Angeles Registrar-Recorder/County Clerk's office, which registered the name on or about January 14, 2005. (A true and correct certified copy of the fictitious name statement for Springland Films is annexed hereto as Exhibit "A").

I declare under the penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this Declaration was executed in Los Angeles, California on July _1_, 2008.

_____
JOAN HANSEN

\\\NY - 027721/000009 - 1088245 v1

**EXHIBIT A**

**To the Reply Declaration of Joan Hansen in Further
Support of Defendants' Motion To Dismiss the First Amended Complaint**

▲ ▲ This page is part of your document - DO NOT DISCARD ▲ ▲

05 0111622

RECORDED/FILED IN OFFICIAL RECORDS
RECORDER'S OFFICE
LOS ANGELES COUNTY
CALIFORNIA

2:01 PM JAN 14 2005

TITLE(S):   Fictitious Name Statement

▲ ▲



L E A D   S H E E T

FEE                                                    D.T.T

$51 —

2 PGS

CODE
20

CODE
19

CODE
9

Assessor's Identification Number (AIN)
To be completed by Examiner OR Title Company in black ink.     Number of AIN's Shown

▲ ▲ THIS FORM NOT TO BE DUPLICATED ▲ ▲

Your Return Mailing Address

Name: c/o Law Offices of
Address: 2121 Avenue of the Stars
Ste. 308
Los Angeles, CA 90067

City:          State:          Zip Code:

REGISTRAR - RECORDER / COUNTY CLERK's FILING STAMP

**05 0111622**

| 1 | ☒ First Filing    ☐ Renewal Filing |
|---|---|
|   | Check one only |

## FICTITIOUS BUSINESS NAME STATEMENT
THE FOLLOWING PERSON(S) IS (ARE) DOING BUSINESS AS: (Attach additional pages if required)

**2** Fictitious Business Name(s)
1. Belarus Television
2. Springland Films
3. Haverford Mills
4. Holford Brook

Articles of Incorporation or Organization Number (if applicable)
AI #/ON A0618765

**3** Street Address, City & State of Principal Place of Business in California (P.O. Box alone not acceptable)
2121 Avenue of the Stars, Suite 308, Los Angeles, CA 90067

**4** Full name of Registrant / Corporation / Limited Liability Company    (if corporation - incorporated in what state)
ONE AMERICA PRODUCTIONS, INC.

Residence Street Address (P.O. Box not accepted)  City    State    Zip Code
2121 Avenue of the Stars, Suite 308, Los Angeles, CA 90067

**4A** Full name of Registrant / Corporation / Limited Liability Company    (if corporation - incorporated in what state)

Residence Street Address (P.O. Box not accepted)  City    State    Zip Code

**4B** Full name of Registrant / Corporation / Limited Liability Company    (if corporation - incorporated in what state)

Residence Street Address (P.O. Box not accepted)  City    State    Zip Code

**5** This Business is conducted by: (check one only)
( ) an individual    ( ) a general partnership    ( ) joint venture    ( ) a business trust
( ) co-partners    ( ) husband and wife    (X) a corporation    ( ) a limited partnership
( ) an unincorporated association other than a partnership    ( ) a limited liability company    ( ) _____ Other

**6** ( ) The registrant commenced to transact business under the fictitious business name or names listed on (Date): 10/19/04
( ) Registrant has not yet begun to transact business under the fictitious business name or names listed herein.

**7** I declare that all information in this statement is true and correct.
(A registrant who declares as true information which he or she knows to be false is guilty of a crime.)

**8** Signature of Registrant(s)

**8A** If Registrant is a CORPORATION or LLC, sign below
ONE AMERICA PRODUCTIONS, INC.
Corporation Name / Limited Liability Company
*/s/ Joan Hansen*
Signature
ASSISTANT SECRETARY
Title
JOAN HANSEN
Type or Print Name

This statement was filed with the County Clerk of    **LOS ANGELES**    County on date indicated by file stamp above.

**NOTICE** - THIS FICTITIOUS NAME STATEMENT EXPIRES FIVE YEARS FROM DATE IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED PRIOR TO THAT DATE. The filing of this statement does not of itself authorize the use in this state of a fictitious business name in violation of the rights of another under federal, state, or common law (See Section 14411 et seq., Business and Professions Code)

REGISTRAR - RECORDER/COUNTY CLERK
BUSINESS FILING AND REGISTRATION
P.O. BOX 53592, LOS ANGELES, CA 90053-0592
PH: (562) 462-2177

FILING FEE: $23.00 for 1 FBN and 2 registrants
plus $4.00 for each additional FBN/registrant
RENEWAL FILING FEE: $18.00
REFER TO THE BACK OF FORM FOR INSTRUCTIONS

FORM # 76F286D-F029 (Rev. 5/04)

**Additional fictitious business names:**

5. Uzbekistan Television
6. Kyrgyzstan Television
7. Tajikastan Television
8. Moldova Television



This is a true and certified copy of the record if it bears the seal, imprinted in purple ink, of the Registrar-Recorder/County Clerk

JAN 1 4 2005

*Conny B. M<sup>c</sup>Cormick* REGISTRAR-RECORDER/COUNTY CLERK
LOS ANGELES COUNTY, CALIFORNIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

| | |
|---|---|
| Cindy Streit; Sarah Moseley; Ben K. McKinnon; Michael M. Jared; and Lynn S. Jared, | : <br> : <br> : Case No.: 08 CIV 01571 (LAP) <br> : |
| Plaintiffs, | : <br> : |
| v. | : <br> : **CERTIFICATE OF SERVICE** |
| Twentieth Century Fox Film Corporation; One America Productions, Inc.; Springland Films; Todd Lewis Schulman; Monica Levenson; Julie Lynn Chounard; Sacha Baron Cohen; Everyman Pictures; Gold/Miller; Productions; Major Studio Partners, Inc.; Dune Entertainment, LLC; Four by Two Production Company; Peter Baynham; Jan Mazer; and Anthony Hines, | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | : |

------------------------------------------------------------------------X

      I, Rachel F. Strom, hereby certify that on July 7, 2008, I caused a true and correct copy of the Defendants' Reply Memorandum Of Law In Further Support Of Their Motion To Dismiss The First Amended Complaint and the Reply Declaration Of Joan Hansen In Further Support Of Defendants' Motion To Dismiss The First Amended Complaint and the exhibit annexed thereto, to be served through the Court's electronic notification system and by Federal Express overnight delivery upon:

    Adam Richards
    ADAM RICHARDS LLC
    40 Fulton Street, 7th Floor
    New York, NY 10038
    Tel: (212) 233-4400
    *Attorney for Plaintiffs Cindy Streit,*
    *Sarah Moseley, Ben K. McKinnon,*
    *Michael M. Jared and Lynn S. Jared*

Dated: July 7, 2008                                           s/ Rachel F. Strom
                                                                                            RACHEL F. STROM (RS 9666)